```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHAEL CRUZ, on behalf of himself and all others  :
similarly situated,                              :
                                                 :
                           Plaintiff,            :      1:20-cv-1260-GHW
                                                 :
            -against-                            :      ORDER
                                                 :
LIFETIME BRANDS INC.,                            :
                                                 :
                           Defendant.            :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In light of the parties' letter submitted on April 29, 2020, the time for Defendant to answer or otherwise respond to the complaint is extended to June 30, 2020.  The initial pretrial conference, originally scheduled for June 1, 2020, is adjourned to August 3, 2020.  The joint letter and case management plan referenced in the Court's February 3, 2020 order is due no later than July 27, 2020.

SO ORDERED.

Dated:  April 30, 2020
                                                    _____
                                                         GREGORY H. WOODS
                                                       United States District Judge